NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE EDGAR G. ENGLEMAN, RONALD LEVY, FRANK J. HSU AND CLAUDIA BENIKE.**

---

2014-1230

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 08/575,432.

---

**JUDGMENT**

---

VICKI S. VEENKER, Veenker Law Offices, of Palo Alto, California, argued for appellants. With her on the brief were DAVID A. ROISE, VLP Law Group LLP, of Palo Alto, California; and WILLIAM R. ZIMMERMAN and JONATHAN E. BACHAND, Knobbe, Martens, Olson & Bear, LLP, of Washington, DC.

KRISTI L. R. SAWERT, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. With her on the brief were NATHAN K. KELLEY, Solicitor, and JAMIE L. SIMPSON, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| December 4, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |